**[8unclfgr]** [Unclaimed Funds Order]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:

Case No. 9:05–bk–18146–ALP
Chapter 7

Cyto Meridian, Inc.
160 Airpark Boulevard #104
Immokalee, FL 34142

Debtor* /

ORDER GRANTING MOTION FOR
PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration , without a hearing, upon the Motion for Payment of Unclaimed Funds ("Motion"). The Motion was filed on November 26, 2010 by JM Partners, LLC as Assignee of Sixth Avenue Associates, LLC . The Court having reviewed the record and being advised by the Financial Administrator finds that the sum of $6,965.99 has been deposited in the Registry of the Court and that the Motion should be granted.

Accordingly, it is

**ORDERED** that the Motion for Payment of Unclaimed Funds filed by JM Partners, LLC as Assignee of Sixth Avenue Associates, LLC. is granted. The Clerk of Court for the United States Bankruptcy Court shall pay the unclaimed funds in the total amount of $6,965.99 to the order of:
JM Partners, LLC., c/o John J. Marshall, 12201 Gayton Road, Ste. 220, Richmond, VA 23238–8203

**DONE AND ORDERED** in Chambers at Tampa, Florida on DEC 21 2010.

M Williamson for

David H. Adams
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.